UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HAI DUC VO,

Petitioner,

v.

KRISTI NOEM; PAMELA J. BONDI; TODD M. LYONS; JESUS ROCHA; CHRISTOPHER LAROSE,

Respondents.

Case No.: 25-cv-3031-JO-SBC

**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]; DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 3]**

Petitioner Hai Duc Vo ("Petitioner") filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order [Dkt. 3]. The Court held oral argument on November 19, 2025. Dkt. 13. For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first and second claim for relief, brought under *Zadvydas*, *Accardi*, and the Fifth Amendment Due Process Clause. The Court DENIES Petitioner's motion for temporary restraining order as moot [Dkt. 3].

(2) Respondents are ORDERED to release Petitioner by 12 p.m. on November 20, 2025 under the same conditions as his May 15, 2000 Order of Supervision, and

to file an affidavit confirming Petitioner's release by 5 p.m. on November 22, 2025.

(3) Respondents are ENJOINED from removing Petitioner from the United States or this District, or from redetaining him, except under the following circumstances:

a. Petitioner violates a condition of his release, or the government has obtained travel documents for Petitioner and made concrete arrangements for his flight in the reasonably foreseeable future; **and**

b. The government has provided notice and an informal interview allowing Petitioner to contest the grounds for revocation of his release before any redetention.

(4) Respondents must file a written declaration with this Court that it has satisfied these conditions at least 48 hours **prior** to any redetention to allow Petitioner an opportunity to challenge any further unlawful detention.

**IT IS SO ORDERED.**

Date: November 19, 2025

Honorable Jinsook Ohta
United States District Judge