

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Hai Duc Vo

**Plaintiff,**

V.

See Attachment

**Defendant.**

Civil Action No. _____25cv3031-JO-SBC_____

### JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The court GRANTS the Petitioner's Petition for Writ of Habeas Corpus and the case is hereby closed.

**Date:** _____3/6/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard _____

A. Hazard, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-03031-JO-SBC

Kristi Noem
Secretary of the Department of Homeland Security

Pamela Jo Bondi
Attorney General

Todd M. Lyons
Acting Director, U.S. Immigration and Customs Enforcement

Jesus Rocha
Acting Field Office Director, San Diego Field Office

Christopher LaRose
Warden at Otay Mesa Detention Center